**Gurgit SINGH, also known as Jurgit Singh, Petitioner,**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

**No. 13–60665**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 23, 2014.

William Franklin Kemp, Law Offices of William F. Kemp, Austin, TX, for Petitioner.

Lindsay Brooke Glauner, Trial Attorney, Tangerlia Cox, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, for Respondent.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Gurgit Singh, a native and citizen of India, petitions for review of the decision of the Board of Immigration Appeals ("BIA") affirming the decision of an Immigration Judge ("IJ") to deny Singh's request for asylum and withholding of removal. The IJ recited numerous inconsistencies upon which he based his credibility finding, and the BIA recounted many of those inconsistencies in its decision. Singh has not shown that the totality of the circumstances underlying the credibility finding, as explained by the IJ and BIA, compels a different conclusion. *See Wang v. Holder*, 569 F.3d 531, 538 (5th Cir.2009).

The petition is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.